UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENNETT COX,

    Plaintiff,

    v.

JOHN SMITH, and ADELIA SMITH,

    Defendants.

_____/

No. C 09-2191 PJH

**ORDER RE BANKRUPTCY STAY**

    It appearing from the Notice of Bankruptcy Filing and Automatic Stay filed on August 5, 2009, that defendants John Smith and Adelia Smith have filed a petition in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

    IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: August 6, 2009

                                                    _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge